IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Reginald Brown, #2531, ) | C/A No.: 3:07-3377-JFA-JRM |
| ) | |
| Plaintiff, ) | |
| vs. ) | O R D E R |
| ) | |
| Dr. NFN Croles, ) | |
| Defendant. ) | |
| ___________________________________ ) | |

The *pro se* plaintiff, Reginald Brown, was an inmate being detained at the Columbia Care Center of the South Carolina Department of Corrections during the time of the matters alleged in his complaint. He initiated this action pursuant to 42 U.S.C. § 1983 contending that the defendants failed to give him proper medical care because he was constipated.

The Magistrate Judge assigned to this action[1] issued an order on October 29, 2007, directing the plaintiff to bring the case into proper form. The plaintiff failed to respond to the directives of the Magistrate Judge.

The Magistrate Judge has prepared a Report and Recommendation wherein he suggests that this court should dismiss this case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Magistrate Judge also suggests that the court deny plaintiff's motion

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

for appointment of counsel. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on December 11, 2007. However, the plaintiff did not file any objections[2] to the Report within the time limits prescribed.

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation to be proper. Accordingly, the Report and Recommendation is incorporated herein by reference and this action is dismissed for failure to prosecute under Rule 41(b). Plaintiff's motion for appointment of counsel is denied.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

January 24, 2008
Columbia, South Carolina

---

[2] Under 28 U.S.C. § 636(b)(1), the district court is obligated to conduct a *de novo* review of every portion of the Magistrate Judge's Report to which objections have been filed. The court reviews the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005). *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to timely file specific written objections to the Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985).